UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Theresa Ann Spear,<br><br>  Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>  Defendant. | Civil Action No. 2:22–cv–191 |

## ORDER

On or before December 5, 2022, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 23rd day of November 2022.

            */s/ Kevin J. Doyle*
            Kevin J. Doyle
            United States Magistrate Judge